ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:25-CR-00132-JLT-SAB |
| Plaintiff, | |
| v. | STIPULATION TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME; ORDER |
| SERVANDO AYALA. | |
| Defendant. | |

**STIPULATION**

1.     By previous order, this matter was set for a status conference hearing on September 2, 2026.  By this stipulation, defendant moves to vacate the status conference and set a change of plea hearing on July 27, 2026.

2.     The parties agree and stipulate that on June 9, 2026, the parties filed a signed plea agreement.  Pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(1)(G), the period from June 9, 2026, through July 27, 2026, is automatically excluded from the computation of time within which trial must commence.

3.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

Stipulation

1

Dated: June 14, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By   */s/ Antonio J. Pataca*
ANTONIO J. PATACA
Assistant United States Attorney

Dated: June 14, 2026

By: */s/ Yan Shrayberman*
YAN SHRAYBERMAN
Attorney for Defendant
SERVANDO AYALA

ORDER

The Court, having received and considered the Stipulation of the parties, and good cause appearing therefore, hereby FINDS and ORDERS as follows:

The Court vacates the status conference hearing on September 2, 2026, and sets a change of plea hearing on July 27, 2026 at 9:00 AM before District Judge Jennifer L. Thurston. Defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **June 15, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

Stipulation

2